# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-3074**                               **September Term, 2013**

1:08-cr-00338-RJL-1

**Filed On:** February 14, 2014

United States of America,

      Appellee

  v.

Melvin Taplet, Jr., also known as Tap,

      Appellant

                  **BEFORE:**    Kavanaugh, Circuit Judge

### O R D E R

Upon consideration of the motion for prior authorization of services, it is

**ORDERED** that the motion be granted. Payment in an amount not to exceed $2,346.50 is hereby authorized for The Lex Group to duplicate the joint appendix and appellant's opening brief and reply brief.

### Per Curiam